UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DAVID BOWEN,

    Plaintiff,

v.                                        CIVIL ACTION NO. 1:16-CV-91

NANCEMEDE PLANTATION, INC.;
ESTATE OF LISABETH A. FOGG,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of this action, **WITH PREJUDICE,** with each party to bear that party's own costs.

**SO STIPULATED**, this 18th day of October, 2016.

                                            FLYNN, PEELER & PHILLIPS

                                            s/Charles E. Peeler_____
                                            Charles E. Peeler Bar No. 570399
                                            [signed by Raleigh W. Rollins with express permission]
                                            P.O. Box 7 (31702)
                                            Albany, Georgia  31701
                                            Telephone:     229-446-4886
                                            Email:           cpeeler@fpplaw.com
                                            Attorney for Plaintiff


                                            ALEXANDER & VANN, LLP

                                             _s/Raleigh W. Rollins_____
                                            Raleigh W. Rollins   Bar No. 613860
                                            411 Gordon Avenue
                                            Thomasville GA 31792
                                            Phone:         (229) 226-2565
                                            E-mail:         rrollins@alexandervann.com
                                            Attorney for Defendants